**Order entered October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00647-CR**

**CARMEN ABIGAIL MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80364-2020**

**ORDER**

Before the Court is the Collin County District Clerk's October 5, 2022 request for an extension of time to file a supplemental clerk's record. The Clerk requests the extension to file documents "to include documents requested in the Designation of Record on Appeal" and in order to "ensure that the appeal has not been dismissed because of non-compliance pursuant to Texas Rule of Appellate Procedure 25.2(d)." We note that the trial court's certification of the right to appeal is not included in the clerk's record, although it was admitted as an exhibit in the

plea hearing and is before the Court as part of the reporter's record. The trial court's certification in the reporter's record shows appellant does not have the right to appeal because she entered into a plea bargain agreement and waived her right to appeal.

The State has filed a motion to dismiss the appeal on the grounds appellant entered her guilty plea as part of a negotiated plea bargain and waived the right to appeal. Appellant has not filed a response to the State's motion, but appellant's appellate counsel asserted in a hearing on a motion for new trial her opinion that appellant had waived her right to appeal.

To ensure that the Court evaluates the State's motion to dismiss on a complete record, we **GRANT** the Clerk's request for an extension of time to file a supplemental clerk's record and **ORDER** the supplemental clerk's record filed by **November 7, 2022**.

We defer a ruling on the State's motion to dismiss until after the filing of the supplemental clerk's record.

Because it may be unnecessary to file an appellant's brief, on our own motion, we extend the time to file appellant's brief until **November 30, 2022**.

/s/    DENNISE GARCIA
        JUSTICE